Vuk Vujasinovic
Vuk@VBAttorneys.com
Job Tennant
Job@VBAttorneys.com
VB ATTORNEYS
6363 Woodway Dr. #400
Houston, Texas 77057
Telephone:     (713) 224-7800
Fax:              (713)224-7801
*Attorneys for Plaintiffs*

**In the United States District Court**
**Northern District of Texas**
**Amarillo Division**

| | | |
|---|---|---|
| Ka La Ya Lay, Aye Aya Lay, Tun Lah, | § | |
| Individually, and Tun Nee Individually and | § | |
| as next friend of minor child, K.M.N. and | § | |
| as Representatives of the Estate of | § | |
| Pwar Gay, Deceased | § | |
| | § | |
| Vs. | § | Action No. 2:20-cv-00125-Z |
| | § | |
| Tyson Foods, Inc. | § | |

**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), all Plaintiffs Ka La Ya Lay, Aye Aye Lay, Tun Lah,

Individually, and Tun Nee Individually and as next friend of minor child, K.M.N. and as

representative of the Estate of Pwar Gay, deceased,  hereby voluntarily dismiss their claims against

Tyson Foods, Inc. in the above-listed action without prejudice.

[Signature on Next Page]

Respectfully submitted,

**VB Attorneys**

 /s/Vuk S. Vujasinovic

Vuk Vujasinovic

**Vuk@vbattorneys.com**

State Bar No. 00794800

Job Tennant

Job@vbattorneys.com

State Bar No. 24106501

6363 Woodway Dr., Suite 400

Houston, Texas 77057

713/224-7800 (Office)

713/224-7801 (Facsimile)

***Attorneys for Plaintiffs***